Argued and submitted May 31, affirmed October 31, 2001

STATE OF OREGON,
*Respondent,*

*v.*

LESLIE LUNSFORD TRAWEEK,
*Appellant.*

209820705; A107040

33 P3d 1069

Rankin Johnson IV, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, State Public Defender.

Kaye E. McDonald, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Deits, Chief Judge,* and Brewer, Judge.

PER CURIAM

Affirmed. *State v. Crain,* 177 Or App 627, 33 P3d 1050 (2001).

_____

* Deits, C. J., *vice* Ceniceros, S. J.